Case 1:26-cv-02074-JRR   Document 3   Filed 05/26/26   Page 1 of 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

NRA, et al.
_____
**Plaintiff,**                                    *

                                                  *

**v.**                                            **Case No.** _____

Westley Moore, et al.                             *
_____
**Defendant.**                                    *

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

■ I certify, as party/counsel in this case that National Rifle Association of America
_____
(name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____:
(name of party)

_____.
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

DisclosureCorpInterest (03/2015)

Disclosure of Corporate Interest

☐  In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

| | |
|---|---|
| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

May 26, 2026
Date

/s/ Nicole J. Moss
Signature

Nicole J. Moss (Bar No. 20222)
Printed name and bar number

1523 New Hampshire Ave., NW, Washington, DC 20036
Address

nmoss@cooperkirk.com
Email address

202-220-9600
Telephone number

202-220-9601
Fax number