**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

NRA, et al.

**Plaintiff,**

    \*

    \*

**v.**

    **Case No.** _____

Westley Moore, et al.

    \*

**Defendant.**

    \*

**ENTRY OF APPEARANCE IN A CIVIL CASE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the  Plaintiffs _____

I certify that I am admitted to practice in this Court.

05/26/2026

Date

Nicole J. Moss   Digitally signed by Nicole J. Moss
Date: 2026.05.26 21:18:44 -04'00'

Signature

Nicole J. Moss; Bar no. 20222

Printed name and bar number

Cooper & Kirk, PLLC, 1523 New Hampshire Ave., NW, Washington, DC 20036

Address

nmoss@cooperkirk.com

Email address

(202) 220-9636

Telephone number

(202) 220-9601

Fax number

EntryofAppearanceCivil (08/2015)