**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

NRA, et al.
_____

**Plaintiff,**

           \*

           \*

           \*       **Case No.** _____

**v.**

Westley Moore, et al.
_____

**Defendant.**

           \*

           \*

**DISCLOSURE OF CORPORATE INTEREST**

**Check all that apply:**

☑ I certify, as party/counsel in this case that Firearms Policy Coalition, Inc.
_____
(name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____:
(name of party)

_____.
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

Disclosure of Corporate Interest

☐  In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
<br>(name of LLC party)

| | |
|---|---|
| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

May 26, 2026
<br>Date

/s/ Nicole J. Moss
<br>Signature

Nicole J. Moss (Bar No. 20222)
<br>Printed name and bar number

1523 New Hampshire Ave., NW, Washington, DC 20036
<br>Address

nmoss@cooperkirk.com
<br>Email address

202-220-9600
<br>Telephone number

202-220-9601
<br>Fax number

2