# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

NATIONAL RIFLE ASSOCIATION     \*
OF AMERICA, *et al.*,

       *Plaintiffs*,     \*

                 \*

    v.             No. 1:26-cv-02074-JRR

                 \*

WESTLEY MOORE, *et al.*,

       *Defendants*.     \*

    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## CONSENT MOTION FOR EXTENSION OF TIME

Defendants, Governor Wes Moore, Attorney General Anthony G. Brown, and Maryland State Police Superintendent Michael A. Jackson, all sued in their official capacities, hereby move, with the consent of the Plaintiffs, for an extension of time to respond to the complaint:

1. Plaintiffs filed their complaint in his case on May 26, 2026, asserting a Second Amendment challenge to Senate Bill 334. (ECF 1.)

2. Defendants' response to the complaint is due June 22, 2026.

3. Given the importance of the public policy issues presented by this case, as well as the work demands of other cases, Defendants' counsel requires additional time to prepare Defendants' response to the complaint.

4. As a result, counsel for Defendants requested Plaintiffs' consent to a 21-day extension of time to respond to the complaint, and Plaintiffs' counsel consented.

WHEREFORE, for the reasons stated herein, Defendants respectfully request that the Court enter an order extending the time for Defendants to respond to Plaintiffs' complaint for 21 days, thereby making Defendants' response due July 13, 2026.

Dated: June 10, 2026

Respectfully submitted,

ANTHONY G. BROWN
Attorney General of Maryland

/s/ Joshua R. Chazen
JOSHUA R. CHAZEN
Federal Bar No. 06837
MICHAEL DREZNER
Federal Bar No. 31784
Assistant Attorneys General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland  21202
jchazen@oag.maryland.gov
mdrezner@oag.maryland.gov
(410) 576-7058 / (410) 576-6959
(410) 576-6955 (facsimile)

Attorneys for Defendants

2

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 10, 2026, a copy of the foregoing was served on all counsel of record via this Court's electronic filing service.

/s/ Joshua R. Chazen
JOSHUA R. CHAZEN