AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.        1:26-cv-02074-JRR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Westley Moore, in his official capacity as Governor of Maryland

was received by me on *(date)*        06/01/2026        .

❐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*
Service was executed and accepted by consent by emailing the complaint and the
summons to the Maryland Attorney General at civil_service@OAG.State.MD.US

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date:    06/09/2026                                          /s/Nicole J. Moss
                                                         *Server's signature*

                                            Nicole J. Moss, Counsel for Plaintiffs
                                                         *Printed name and title*

                                    Nicole J. Moss, Cooper & Kirk, PLLC,
                                    1523 New Hampshire Avenue, NW, Washington, DC 20036
                                                         *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    1:26-cv-02074-JRR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Anthony G. Brown, in his official capacity as Attorney General of the State of Maryland

was received by me on *(date)*    06/01/2026    .

❒ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*
Service was executed and accepted by consent by emailing the complaint and the summons to the Maryland Attorney General at civil_service@OAG.State.MD.US

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    06/09/2026

/s/Nicole J. Moss
*Server's signature*

Nicole J. Moss, Counsel for Plaintiffs
*Printed name and title*

Nicole J. Moss, Cooper & Kirk, PLLC,
1523 New Hampshire Avenue, NW, Washington, DC 20036
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     1:26-cv-02074-JRR

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Michael A. Jackson, in his official capacity as Acting Superintendent of the Maryland State Police

was received by me on *(date)*        06/01/2026        .

❐  I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐  I returned the summons unexecuted because _____ ; or

☑  Other *(specify):*

Service was executed and accepted by consent by emailing the complaint and the summons to the Maryland Attorney General at civil_service@OAG.State.MD.US

My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date:   06/09/2026                                         /s/Nicole J. Moss
_____                   _____
                                                                 *Server's signature*

                                                    Nicole J. Moss, Counsel for Plaintiffs
                                                    _____
                                                                 *Printed name and title*

                                                    Nicole J. Moss, Cooper & Kirk, PLLC,
                                                    1523 New Hampshire Avenue, NW, Washington, DC 20036
                                                    _____
                                                                 *Server's address*

Additional information regarding attempted service, etc: