**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| DAVID J. BATHRAS, SR., *et al.*, | * | |
| *Plaintiffs*, | * | |
| v. | * | No. 1:26-cv-02074-RDB |
| WESTLEY MOORE, *et al.*, | * | |
| *Defendants*. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CONSENT MOTION FOR EXTENSION OF TIME**

Defendants, Governor Wes Moore, Attorney General Anthony G. Brown, and Maryland State Police Superintendent Michael A. Jackson, sued in their official capacities, hereby move, with the consent of the Plaintiffs, for an extension of time to respond to Plaintiffs' Motion for a Preliminary Injunction:

1. On June 25, 2026, Plaintiffs filed their Amended Complaint. (ECF 17.)

2. On July 13, 2026, Defendants filed their Answer to the Amended Complaint. (ECF 18.)

3. On July 20, 2026, Plaintiffs filed a Motion for a Preliminary Injunction, requesting "a preliminary injunction enjoining Defendants from enforcing the unconstitutional provisions of Senate Bill 334." (ECF 21.)

4. Defendants' response to the Motion is currently due August 3, 2026.

5.      Given the importance of the public policy issues presented by this case, the work demands of other cases, and pre-planned work and personal travel, Defendants' counsel requires additional time to prepare Defendants' response to the Motion.

6.      As a result, Defendants, through counsel, requested Plaintiffs' consent to an extension of time to respond to the Motion that would be in alignment to the briefing schedule for a motion for preliminary injunction filed in a case in this Court, *Duffy v. Moore*, Case No. 1:26-cv-02647-RDB, which presents similar issues as the present case. A motion to consolidate this case with *Duffy* is pending at the time of filing this motion.

7.      Plaintiffs, through counsel, consented to the relief being requested by Defendants in this motion for extension of time.

WHEREFORE, for the reasons stated herein, Defendants respectfully request that the Court enter an order (1) extending the time for Defendants to respond to Plaintiffs' motion for preliminary injunction to August 14, 2026, and (2) extending the time for Plaintiffs to file any reply in support of their motion to September 15, 2026.

**[Signature Page Follows]**

Dated: July 23, 2026                    Respectfully submitted,


                                        ANTHONY G. BROWN
                                        Attorney General of Maryland

                                        /s/ Joshua R. Chazen
                                        JOSHUA R. CHAZEN
                                        Federal Bar No. 06837
                                        MICHAEL DREZNER
                                        Federal Bar No. 31784
                                        SARA FABER
                                        Federal Bar No. 21893
                                        Assistant Attorneys General
                                        Office of the Attorney General
                                        200 Saint Paul Place, 20th Floor
                                        Baltimore, Maryland  21202
                                        jchazen@oag.maryland.gov
                                        mdrezner@oag.maryland.gov
                                        sfaber@oag.maryland.gov
                                        (410) 576-7058 / 6959 / 7833
                                        (410) 576-6955 (facsimile)

                                        Attorneys for Defendants



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 23, 2026, a copy of the foregoing was served on all counsel of record via this Court's electronic filing service.


                                        /s/ Joshua R. Chazen
                                        JOSHUA R. CHAZEN