## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

DAVID J. BATHRAS, SR., *et al.*,     *

        *Plaintiffs*,     *

     v.     *   No. 1:26-cv-02074-RDB

WESTLEY MOORE, *et al.*,     *

        *Defendants*.     *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

UPON CONSIDERATION of the Consent Motion for Extension of Time (the "Motion"), it is this __23rd__ day of __July__, 2026, hereby:

ORDERED that the Motion is granted; and it is further

ORDERED that the deadline for Defendants to respond to Plaintiffs' Motion for a Preliminary Injunction is extended to August 14, 2026; and it is further

ORDERED that the deadline for Plaintiffs' Reply is extended to September 15, 2026.

 

                              /s/
                        _____
                        The Honorable Richard D. Bennett,
                        United States District Judge