## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DAVID J. BATHRAS, SR., *et al.,* | * | |
| Plaintiffs, | * | |
| v. | * | No. 1:26-cv-02074-JRR |
| WES MOORE, ET AL., | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

| | | |
|---|---|---|
| | * | |
| FRANCIS M. DUFFY, Ph.D *et al.,* | | |
| Plaintiffs, | * | |
| | * | No. 1:26-cv-02647-RDB |
| v. | | |
| | * | |
| WESTLEY MOORE, *et al.,* | * | |
| Defendants. | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

UPON CONSIDERATION of Defendants' Consent Motion to Consolidate (the "Motion"), any opposition thereto, and any argument thereon, it is this __23rd__ day of __July__, 2026, by the United States District Court for the District of Maryland hereby

ORDERED that Defendants' Motion is GRANTED; and it is further

ORDERED that *Bathras v. Moore*, No. 1:26-cv-02074-JRR and *Duffy v. Moore*, No. 1:26-cv-02647-RDB are consolidated pursuant to Rule 42 of the Federal Rules of Civil Procedure; and it is further

ORDERED that the consent order of June 17, 2026, establishing a briefing schedule for the motion for a preliminary injunction in *Duffy v. Moore*, No. 1:26-cv-02647-RDB, remains in effect.

_____
/s/ - Richard D. Bennett
United States District Judge