## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

DAVID J. BATHRAS, SR., *et al.,*        *

      *Plaintiffs*,            *

        v.                 *    No. 1:26-cv-02074-RDB

                       *

WES MOORE, ET AL.,          *

      *Defendants*.          *

    *   *   *   *   *   *   *   *   *   *   *   *

                       *

FRANCIS M. DUFFY, Ph.D *et al.*,    *

      *Plaintiffs*,            *

                       *    No. 1:26-cv-02647-RDB

        v.                *

WESTLEY MOORE, *et al.*,       *

      *Defendants*.

    *   *   *   *   *   *   *   *   *   *   *   *

## JOINT MOTION TO EXCEED PAGE LIMITS

Plaintiffs and Defendants, in the above-captioned consolidated matter, hereby move, by their respective counsel, for permission to exceed page limits in upcoming filings and in support thereof state as follows:

1.    Plaintiffs in the *Duffy* lawsuit filed a motion for preliminary injunction on July 13, 2026.

2.    Plaintiffs in the *Bathras* lawsuit filed a motion for preliminary injunction on July 20, 2026.

3.     Pursuant to prior orders entered by the Court, Defendants' oppositions to Plaintiffs' motions for preliminary injunction are due on August 14, 2026, and Plaintiffs' reply briefs are due on September 15, 2026.

4.     Pursuant to Local Rule 105.3, memoranda in opposition shall not exceed 30 pages and reply memoranda shall not exceed 15 pages.

5.     Rather than filing two oppositions, Defendants desire to submit a single opposition that responds to both motions for preliminary injunction.

6.     To ensure that Defendants can adequately respond to arguments raised in both motions for preliminary injunction, Defendants request that the Court permit them to file a single memorandum in opposition not to exceed 40 pages.

7.     Defendants note that if they filed separate oppositions, they would be entitled to a total of 60 pages, and Defendants believe the request to increase the page limit from 30 to 40 pages is reasonable considering the arguments advanced by both sets of Plaintiffs.

8.     Additionally, to ensure that they can adequately respond to arguments raised in Defendants' to-be-filed memorandum in opposition, Plaintiffs respectfully request that the Court permit them to file separate reply memoranda not to exceed 20 pages.

WHEREFORE, for the reasons stated herein, Plaintiffs and Defendants respectfully request that the Court enter an order (1) permitting Defendants to file a single memorandum in opposition to Plaintiffs' motions for preliminary injunction not to exceed 40 pages, and (2) permitting Plaintiffs to file separate reply memoranda in support of their respective motions for preliminary injunction not to exceed 20 pages.

Dated: August 11, 2026                              Respectfully submitted,


/s/ Nicole J. Moss                                  ANTHONY G. BROWN
Nicole J. Moss, Bar No. 20222                       Attorney General of Maryland
   *Attorney of Record*
David H. Thompson*                                  /s/ Joshua R. Chazen
Peter A. Patterson*                                 JOSHUA R. CHAZEN
William V. Bergstrom*                               Federal Bar No. 06837
Cooper & Kirk, PLLC                                 MICHAEL DREZNER
1523 New Hampshire Avenue, N.W.                     Federal Bar No. 31784
Washington, D.C. 20036                              SARA FABER
(202) 220-9600                                      Federal Bar No. 21893
(202) 220-9601                                      Assistant Attorneys General
mmoss@cooperkirk.com                                Office of the Attorney General
                                                    200 Saint Paul Place, 20th Floor
*Admitted pro hac vice                              Baltimore, Maryland  21202
                                                    jchazen@oag.maryland.gov
*Attorneys for Bathras Plaintiffs*                  mdrezner@oag.maryland.gov
                                                    sfaber@oag.maryland.gov
                                                    (410) 576-7058 / 6959 / 7833
/s/ Mark W. Pennak                                  (410) 576-6955 (facsimile)
Mark W. Pennak
MARYLAND SHALL ISSUE, INC.                          *Attorneys for Defendants*
9613 Harford Rd, Ste C #1015
Baltimore, MD 21234
mpennak@marylandshallissue.org
Phone: (301) 873-3671
District Court Bar # 21033


*Counsel for Duffy Plaintiffs*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 11, 2026, a copy of the foregoing was served

on all counsel of record via this Court's electronic filing service.


        /s/ Joshua R. Chazen
        JOSHUA R. CHAZEN