**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| FRANCIS M. DUFFY, Ph.D *et al.*,<br><br>*Plaintiffs*,<br><br>WESTLEY MOORE, in his official capacity as Governor of Maryland, *et al.*,<br><br>*Defendants.* | Case No. 1:26-cv-2647 |

**PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

Plaintiffs Francis M. Duffy, Stanley Peter, Jr., The Machine Gun Nest, Engage Armament LLC, and Maryland Shall Issue, Inc., respectfully move this Court for an Order pursuant to Rule 65(a) of the Federal Rules of Civil Procedure for a preliminary injunction enjoining Defendants from enforcing the unconstitutional provisions of Senate Bill 334, 2026 Maryland Session Laws, Ch. 771 ("SB 334"), which was signed into law by Defendant Governor Westley Moore on May 26, 2026.

Plaintiffs respectfully request a preliminary injunction restraining Defendants and their officers, agents, servants, employees, and all persons in concert or participation with them who receive notice of the injunction, from enforcing SB 334 in so far as it provides that "on or after January 1, 2027, a person may not . . . sell, offer for sale, purchase, receive, or transfer a machine gun convertible pistol." Effective October 1, 2026, these bans will be codified in MD Code, Criminal Law, § 4-305.2(a). Such preliminary injunction should include such other and further relief as the Court deems appropriate. This motion is supported by the accompanying memorandum of law, the sworn declarations of each of the plaintiffs and of Gino A. Monica and a copy of SB 334 as enacted into law.

Respectfully submitted,

*/s/ Mark W. Pennak*

Mark W. Pennak
MARYLAND SHALL ISSUE, INC.
9613 Harford Rd, Ste C #1015
Baltimore, MD 21234-21502
mpennak@marylandshallissue.org
Phone: (301) 873-3671
District Court Bar # 21033
*Counsel for Plaintiffs*

Matthew Larosiere*
6964 Houlton Cir.
Lake Worth FL 33467
Larosieremm@gmail.com
*Bar application pending

Dated: July 13, 2026