# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| FRANCIS M. DUFFY, Ph.D *et al.*, | * | |
| *Plaintiffs*, | * | |
| v. | * | No. 1:26-cv-02647-RDB |
| WESTLEY MOORE, *et al.*, | * | |
| *Defendants*. | * | |

* * * * * * * * * * * *

| | | |
|---|---|---|
| DAVID J. BATHRAS, SR., *et al.,* | * | |
| *Plaintiffs*, | * | |
| v. | * | No. 1:26-cv-02074-RDB |
| WES MOORE, ET AL., | * | |
| *Defendants*. | * | |

* * * * * * * * * * * *

**DECLARATION OF ROSEMARY CHAPPELL**

I, Rosemary Chappell, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am over the age of 18 and have personal knowledge of all the facts stated herein, including knowledge based on my experience and information provided to me. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am a Lieutenant Colonel with the Maryland State Police ("MSP") and serve as the Commander of MSP's Support Services Bureau. My Command includes oversight of MSP's Technology and Information Management Command ("TIMC").

3. The Maryland Gun Center is a unit in MSP that, among other things, screens gun arrests in the State of Maryland pursuant to Md. Code, Pub. Safety § 5-802. It uses Microsoft Access as a database for compiling these statistics.

4. MSP's TIMC Command performed a search in the Gun Center's Microsoft Access system to determine the number of recoveries by Maryland law enforcement of firearms that involved at least one machine gun, from 2019 to present.

5. Specifically, TIMC searched for recoveries arising out of crimes related to machine guns charges, specifically violations of Md. Code, Crim. Law §§ 4-305.1, 4-404, and 4-405(a).

6. Of note, until late 2023, data on recoveries of firearms by local Maryland law enforcement was reported to the Gun Center on a voluntary basis. From 2023 onwards, such data was required to be reported, pursuant to Md. Code, Pub. Safety § 5-803(b).

7. The search yielded the following results: MSP data shows that state and local law enforcement documented 30 firearm recoveries involving at least one machine gun between 2019 and 2022, and 292 firearm recoveries involving at least one machine gun between 2023 and 2026. That represents an 873% increase from 2019–2022 to 2023–2026. The overwhelming majority of machine guns documented in these recoveries are pistols that feature cruciform trigger bars.

DATED this 13th day of August 2026, at Pikesville, Maryland.

LTC Rosemary K Chappell

Rosemary Chappell
Lieutenant Colonel