# Exhibit 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| FRANCIS M. DUFFY, Ph.D *et al.*, | * | |
| *Plaintiffs*, | * | |
| v. | * | No. 1:26-cv-2647 |
| WESTLEY MOORE, *et al.*, | * | |
| *Defendants*. | * | |

* * * * * * * * * * * *

| | | |
|---|---|---|
| DAVID J. BATHRAS, SR., *et al.*, | * | |
| *Plaintiffs*, | * | |
| v. | * | No. 1:26-cv-02074-JRR |
| WES MOORE, ET AL., | * | |
| *Defendants*. | * | |

* * * * * * * * * * * *

**DECLARATION OF KATHLEEN MAHER**

I, KATHLEEN MAHER, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am over the age of 18 and have personal knowledge of all the facts stated herein, including knowledge based on my experience and information provided to me. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am the Research Manager for the Research Unit of Research and Analysis, Maryland Administrative Office of the Courts Programs Division. As Research Manager, I oversee a team of specialized Senior Researchers focused on performance measurement, court operations,

program evaluation, and statistical analysis to support evidence-based decision-making within the Maryland Judiciary.

3. The Maryland courts use the comprehensive case management system, "Enterprise Justice" to record all charges brought in the courts, along with other pertinent case data. I performed a search in Enterprise Justice to determine the number of certain criminal charges brought per year in Maryland District and Circuit courts, from 2019 to 2026.

4. Specifically, I searched for the number of charges brought in those years pursuant to Md. Code, Crim. Law §§ 4-405(a) (use of a machinegun for an offensive purpose), § 4-305.1 (possession of rapid fire trigger activator), § 4-404 (use of machinegun in crime of violence).

5. The information attached as Exhibit 1 represents a true and accurate copy of the data that I retrieved from the Enterprise Justice and represents the number of each of the charges noted above, brought in Maryland District or Circuit courts per year, from 2019 to 2026.

DATED this 11th day of August 2026, at Annapolis, Maryland.

Kathleen Maher

KATHLEEN MAHER

RESEARCH MANAGER

## CR 4-305.1, 4-404, 4-405(a)
## Count of Charges FY 2019 - FY 2026
## Circuit Court

| | | | Fiscal Year | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Location Type | Charge Code | Charge Description | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | Grand Total |
| CC | 1-1314 | MACH GUN AGGRESSIVE PURPOSE | 4 | 4 | 4 | 13 | 22 | 71 | 105 | 50 | 273 |
| | 1-1448 | Rapid Fire Activtr Viol | 12 | | 2 | | 44 | 90 | 120 | 129 | 397 |
| | 2-5299 | MACHINE GUN-USE FOR CRIME | | | | 3 | 4 | 4 | 10 | 6 | 27 |
| Grand Total | | | 16 | 4 | 6 | 16 | 70 | 165 | 235 | 185 | 697 |

**Data Note:** Counts represent charges filed by fiscal year. Because multiple charges may be associated with a single case, these counts do not represent unique cases. Charges associated with juvenile delinquency cases are excluded.

## CR 4-305.1,4-404,4-405(a)
## Count of Charges FY 2019 - FY 2026
## District Court

| Charge Code | Charge Description | Fiscal Year 2019 | 2020 | 2022 | 2023 | 2024 | 2025 | 2026 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|
| 1-1314 | MACH GUN AGGRESSIVE PURPOSE | 4 | | 1 | 1 | 18 | 20 | 15 | 59 |
| 1-1448 | Rapid Fire Activtr Viol | 1 | 1 | 1 | 5 | 19 | 17 | 31 | 75 |
| 2-5299 | MACHINE GUN-USE FOR CRIME | 4 | | | | | 6 | | 10 |
| Grand Total | | 9 | 1 | 2 | 6 | 37 | 43 | 46 | 144 |

Notes: District Court counts exclude charges with dispositions of Jury Trial Payed, Transferred to Other Jurisdiction and Forwarded to Circuit Court. Charges with these dispositions are represented in the Circuit Court charge counts. Because multiple charges may be associated with a single case, these counts do not represent unique cases.