# Exhibit 3

Chapter 771

**(Senate Bill 334)**

AN ACT concerning

**Criminal Law – Firearm Crimes – Machine Gun Convertible Pistols**

FOR the purpose of prohibiting, on or after a certain date, a person from manufacturing, selling, offering for sale, purchasing, receiving, or transferring a certain machine gun convertible pistol, subject to certain exceptions; and generally relating to firearm crimes.

BY repealing and reenacting, without amendments,
Article – Criminal Law
Section 4–301(a) and 4–306
Annotated Code of Maryland
(2021 Replacement Volume and 2025 Supplement)

BY adding to
Article – Criminal Law
Section ~~4–301(m) and (n)~~ 4–301(h), (j), (o), and (p) and 4–305.2
Annotated Code of Maryland
(2021 Replacement Volume and 2025 Supplement)

BY repealing and reenacting, with amendments,
Article – Criminal Law
Section ~~4–301(m)~~ 4–301(h) through (o) and 4–302
Annotated Code of Maryland
(2021 Replacement Volume and 2025 Supplement)

SECTION 1. BE IT ENACTED BY THE GENERAL ASSEMBLY OF MARYLAND, That the Laws of Maryland read as follows:

**Article – Criminal Law**

4–301.

(a) In this subtitle the following words have the meanings indicated.

**(H) "COMMON HOUSEHOLD TOOL" INCLUDES A SCREWDRIVER, A PIPE WRENCH, PLIERS, A HACKSAW, A CROWBAR, AN ELECTRIC DRILL, A ROTARY TOOL, A HAMMER, A CHISEL, A FILE, AND A CRESCENT WRENCH.**

**[**(h)**]** **(I)** (1) "Copycat weapon" means:

(i) a semiautomatic centerfire rifle that can accept a detachable magazine and has any two of the following:

1. a folding stock;

2. a grenade launcher or flare launcher; or

3. a flash suppressor;

(ii) a semiautomatic centerfire rifle that has a fixed magazine with the capacity to accept more than 10 rounds;

(iii) a semiautomatic centerfire rifle that has an overall length of less than 29 inches;

(iv) a semiautomatic pistol with a fixed magazine that can accept more than 10 rounds;

(v) a semiautomatic shotgun that has a folding stock; or

(vi) a shotgun with a revolving cylinder.

(2) "Copycat weapon" does not include an assault long gun or an assault pistol.

**(J) "CRUCIFORM TRIGGER BAR" MEANS A COMPONENT IN A SEMIAUTOMATIC PISTOL THAT:**

**(1) SERVES AS A LINK BETWEEN THE TRIGGER AND THE FIRING PIN; AND**

**(2) HAS ITS SEAR INCORPORATED INTO A CROSS–SHAPED SURFACE.**

**[**(i)**] (K)** "Detachable magazine" means an ammunition feeding device that can be removed readily from a firearm without requiring disassembly of the firearm action or without the use of a tool, including a bullet or cartridge.

**[**(j)**] (L)** "Flash suppressor" means a device that functions, or is intended to function, to perceptibly reduce or redirect muzzle flash from the shooter's field of vision.

**[**(k)**] (M)** "Hellfire trigger" means a device that, when installed in or attached to a firearm, disengages the trigger return spring when the trigger is pulled.

**[**(l)**] (N)** "Licensed firearms dealer" means a person who holds a dealer's license under Title 5, Subtitle 1 of the Public Safety Article.

~~**(M)**~~ **(O)** **(1) "MACHINE GUN CONVERTIBLE PISTOL" MEANS ANY SEMIAUTOMATIC PISTOL WITH A CRUCIFORM TRIGGER BAR THAT CAN BE READILY CONVERTED BY HAND OR BY USING COMMON HOUSEHOLD TOOLS INTO A MACHINE GUN BY THE INSTALLATION OR ATTACHMENT OF A PISTOL CONVERTER AS A REPLACEMENT FOR THE SLIDE'S BACKPLATE** ~~**WITHOUT ANY ADDITIONAL ENGINEERING, MACHINING, OR MODIFICATION OF THE PISTOL'S TRIGGER MECHANISM**~~**.**

**(2) "MACHINE GUN CONVERTIBLE PISTOL" INCLUDES** ~~**A PISTOL WITH A CRUCIFORM TRIGGER BAR AND A POLYMER NOTCH OR OTHER PIECE OF POLYMER MOLDED INTO THE REAR OF THE PISTOL FRAME WHERE A PISTOL CONVERTER CAN BE ATTACHED OR INSTALLED**~~ **A SEMIAUTOMATIC PISTOL DESCRIBED UNDER PARAGRAPH (1) OF THIS SUBSECTION, REGARDLESS OF WHETHER A TAB OR OTHER PIECE OF MATERIAL IS LOCATED ON THE REAR PORTION OF THE PISTOL FRAME TO BLOCK THE ATTACHMENT OF A PISTOL CONVERTER, IF THE TAB OR OTHER PIECE OF MATERIAL CAN BE READILY REMOVED WITH A COMMON HOUSEHOLD TOOL.**

**(3) "MACHINE GUN CONVERTIBLE PISTOL" DOES NOT INCLUDE A HAMMER–FIRED SEMIAUTOMATIC PISTOL OR A STRIKER–FIRED SEMIAUTOMATIC PISTOL WITHOUT A CRUCIFORM TRIGGER BAR**~~**, WHICH INSTEAD HAS A TRIGGER BAR THAT IS SHIELDED FROM INTERFERENCE BY A PISTOL CONVERTER**~~**.**

~~**(N)**~~ **(P)** **(1) "PISTOL CONVERTER" MEANS ANY DEVICE OR INSTRUMENT THAT, WHEN INSTALLED IN OR ATTACHED TO THE REAR OF THE SLIDE OF A SEMIAUTOMATIC PISTOL, REPLACES THE BACKPLATE AND INTERFERES WITH THE TRIGGER MECHANISM, WHICH ENABLES THE PISTOL TO SHOOT AUTOMATICALLY MORE THAN ONE SHOT BY A SINGLE FUNCTION OF THE TRIGGER.**

**(2) "PISTOL CONVERTER" INCLUDES A PISTOL CONVERTER MANUFACTURED USING A THREE–DIMENSIONAL PRINTER.**

**[**(m)**]** ~~**(O)**~~ **(Q)** (1) "Rapid fire activator" means any device, including a removable manual or power–driven activating device, constructed so that, when installed in or attached to a firearm:

(i) the rate at which the trigger is activated increases; or

(ii) the rate of fire increases.

(2) "Rapid fire activator" includes a bump stock, trigger crank, hellfire trigger, binary trigger system, burst trigger system, switch/auto–sear, **PISTOL CONVERTER,** or a copy or a similar device, regardless of the producer or manufacturer.

(3) "Rapid fire activator" does not include a semiautomatic replacement trigger that improves the performance and functionality over the stock trigger.

**[**(n)**]** ~~**(P)**~~ **(R)** "Switch/auto–sear" means a device that applies force to a firearm's trigger bar to prevent it from limiting the weapon to firing only one round each time the trigger is depressed.

**[**(o)**]** ~~**(Q)**~~ **(S)** "Trigger crank" means a device that, when installed in or attached to a firearm, repeatedly activates the trigger of the firearm through the use of a crank, a lever, or any other part that is turned in a circular motion.

4–302.

This subtitle does not apply to:

(1) if acting within the scope of official business, personnel of the United States government or a unit of that government, members of the armed forces of the United States or of the National Guard, law enforcement personnel of the State or a local unit in the State, or a railroad police officer authorized under Title 3 of the Public Safety Article or 49 U.S.C. § 28101;

(2) a firearm modified to render it permanently inoperative;

(3) possession, importation, manufacture, receipt for manufacture, shipment for manufacture, storage, purchases, sales, and transport to or by a licensed firearms dealer or manufacturer who is:

(i) providing or servicing an assault weapon **[**or**], A** detachable magazine**, OR A MACHINE GUN CONVERTIBLE PISTOL** for a law enforcement unit or for personnel exempted under item (1) of this section;

(ii) acting to sell or transfer an assault weapon **[**or**], A** detachable magazine**, OR A MACHINE GUN CONVERTIBLE PISTOL** to a licensed firearm dealer in another state or to an individual purchaser in another state through a licensed firearms dealer; or

(iii) acting to return to a customer in another state an assault weapon **OR A MACHINE GUN CONVERTIBLE PISTOL** transferred to the licensed firearms dealer or manufacturer under the terms of a warranty or for repair;

(4) organizations that are required or authorized by federal law governing their specific business or activity to maintain assault weapons and applicable ammunition **[**and**]**, detachable magazines**, AND MACHINE GUN CONVERTIBLE PISTOLS**;

(5) the receipt of an assault weapon [or]**, A** detachable magazine**, OR A MACHINE GUN CONVERTIBLE PISTOL** by inheritance, and possession of the inherited assault weapon [or]**,** detachable magazine, **OR MACHINE GUN CONVERTIBLE PISTOL,** if the decedent lawfully possessed the assault weapon [or]**,** detachable magazine**, OR MACHINE GUN CONVERTIBLE PISTOL** and the person inheriting the assault weapon [or]**,** detachable magazine**, OR MACHINE GUN CONVERTIBLE PISTOL** is not otherwise disqualified from possessing a regulated firearm;

(6) the receipt of an assault weapon [or]**, A** detachable magazine**, OR A MACHINE GUN CONVERTIBLE PISTOL** by a personal representative of an estate for purposes of exercising the powers and duties of a personal representative of an estate;

(7) possession by a person who is retired in good standing from service with a law enforcement agency of the State or a local unit in the State and is not otherwise prohibited from receiving an assault weapon [or]**,** detachable magazine**, OR MACHINE GUN CONVERTIBLE PISTOL** if:

(i) the assault weapon [or]**,** detachable magazine**, OR MACHINE GUN CONVERTIBLE PISTOL** is sold or transferred to the person by the law enforcement agency on retirement; or

(ii) the assault weapon [or]**,** detachable magazine**, OR MACHINE GUN CONVERTIBLE PISTOL** was purchased or obtained by the person for official use with the law enforcement agency before retirement;

(8) possession or transport by an employee of an armored car company if the individual is acting within the scope of employment and has a permit issued under Title 5, Subtitle 3 of the Public Safety Article; [or]

(9) possession, receipt, and testing by, or shipping to or from:

(i) an ISO 17025 accredited, National Institute of Justice–approved ballistics testing laboratory; or

(ii) a facility or entity that manufactures or provides research and development testing, analysis, or engineering for personal protective equipment or vehicle protection systems**;**

**(10) THE TEMPORARY TRANSFER OF A MACHINE GUN CONVERTIBLE PISTOL TO A LICENSED REGULATED FIREARMS DEALER OR GUNSMITH FOR THE PURPOSE OF SERVICING THE MACHINE GUN CONVERTIBLE PISTOL;**

**(11) THE RECEIPT OF A MACHINE GUN CONVERTIBLE PISTOL BY A LICENSED REGULATED FIREARMS DEALER OR GUNSMITH FOR THE PURPOSE OF SERVICING THE MACHINE GUN CONVERTIBLE PISTOL AND THE RETURN OF THE**

**MACHINE GUN CONVERTIBLE PISTOL TO ITS LAWFUL OWNER BY A LICENSED REGULATED FIREARMS DEALER OR GUNSMITH ON THE COMPLETION OF SERVICING THE MACHINE GUN CONVERTIBLE PISTOL; ~~OR~~**

**(12) THE RECEIPT OF A MACHINE GUN CONVERTIBLE PISTOL BY A LAW ENFORCEMENT UNIT, BARRACKS, OR STATION, A STATE OR LOCAL LAW ENFORCEMENT AGENCY, OR A FEDERALLY LICENSED FIREARMS DEALER IF THE PERSON IS SURRENDERING THE FIREARM;**

**(13) THE TEMPORARY GRATUITOUS EXCHANGE OF A MACHINE GUN CONVERTIBLE PISTOL; OR**

**(14) THE SALE, OFFER FOR SALE, PURCHASE, RECEIPT, OR TRANSFER OF A MACHINE GUN CONVERTIBLE PISTOL TO OR BY A PERSON WHO:**

**(I) IS CURRENTLY A LAW ENFORCEMENT OFFICIAL, AS DEFINED IN § 4–201 OF THIS TITLE; OR**

**(II) HAS RETIRED AS A LAW ENFORCEMENT OFFICIAL IN GOOD STANDING FROM A LAW ENFORCEMENT AGENCY OF THE UNITED STATES, THE STATE OR ANOTHER STATE, OR A LOCAL UNIT IN THE STATE OR ANOTHER STATE AND POSSESSES A VALID CREDENTIAL ISSUED UNDER 18 U.S.C. § 926C.**

**4–305.2.**

**(A) ~~ON~~ EXCEPT AS OTHERWISE PROVIDED IN THIS SECTION, ON OR AFTER JANUARY 1, 2027, A PERSON MAY NOT MANUFACTURE, SELL, OFFER FOR SALE, PURCHASE, RECEIVE, OR TRANSFER A MACHINE GUN CONVERTIBLE PISTOL.**

**(B) THE DEPARTMENT OF STATE POLICE ~~MAY~~ SHALL ADOPT REGULATIONS TO IMPLEMENT THIS SECTION, INCLUDING PUBLISHING A LIST OF PROHIBITED MACHINE GUN CONVERTIBLE PISTOLS.**

**(C) (1) IN THIS SUBSECTION, "IMMEDIATE FAMILY MEMBER" MEANS A SPOUSE, CHILD, STEPCHILD, PARENT, STEPPARENT, SIBLING, OR STEPSIBLING.**

**(2) (I) A PERSON WHO LAWFULLY OBTAINED AND POSSESSES A MACHINE GUN CONVERTIBLE PISTOL MAY SELL OR OTHERWISE TRANSFER A MACHINE GUN CONVERTIBLE PISTOL TO AN IMMEDIATE FAMILY MEMBER WHO IS NOT PROHIBITED UNDER FEDERAL OR STATE LAW FROM POSSESSING A FIREARM.**

**(II) A PERSON WHO IS NOT OTHERWISE PROHIBITED UNDER FEDERAL OR STATE LAW FROM POSSESSING A FIREARM MAY PURCHASE OR**

**OTHERWISE RECEIVE A MACHINE GUN CONVERTIBLE PISTOL FROM AN IMMEDIATE FAMILY MEMBER WHO LAWFULLY OBTAINED THE PISTOL.**

4–306.

(a) Except as otherwise provided in this subtitle, a person who violates this subtitle is guilty of a misdemeanor and on conviction is subject to imprisonment not exceeding 3 years or a fine not exceeding $5,000 or both.

(b) (1) A person who uses an assault weapon, a rapid fire activator, or a magazine that has a capacity of more than 10 rounds of ammunition, in the commission of a felony or a crime of violence as defined in § 5–101 of the Public Safety Article is guilty of a misdemeanor and on conviction, in addition to any other sentence imposed for the felony or crime of violence, shall be sentenced under this subsection.

(2) (i) For a first violation, the person shall be sentenced to imprisonment for not less than 5 years and not exceeding 20 years.

(ii) The court may not impose less than the minimum sentence of 5 years.

(iii) The mandatory minimum sentence of 5 years may not be suspended.

(iv) Except as otherwise provided in § 4–305 of the Correctional Services Article, the person is not eligible for parole in less than 5 years.

(3) (i) For each subsequent violation, the person shall be sentenced to imprisonment for not less than 10 years and not exceeding 20 years.

(ii) The court may not impose less than the minimum sentence of 10 years.

(iii) A sentence imposed under this paragraph shall be consecutive to and not concurrent with any other sentence imposed for the felony or crime of violence.

SECTION 2. AND BE IT FURTHER ENACTED, That this Act shall take effect October 1, 2026.

**Approved by the Governor, May 26, 2026.**