**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| DAVID J. BATHRAS, SR., *et al.*, | * | |
| *Plaintiffs*, | * | |
| v. | * | No. 1:26-cv-02074-RDB |
| WESTLEY MOORE, *et al.*, | * | |
| *Defendants*. | * | |

* * * * * * * * * * * *

**ORDER**

UPON CONSIDERATION of Plaintiffs' Motions for Preliminary Injunction, ECF Nos. 21, 29, Defendants' Consolidated Opposition, and the entire record thereof, it is this 14th day of August, 2026, hereby:

ORDERED that the Motions are DENIED.

__________________________________
The Honorable Richard D. Bennett,
United States District Judge