# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| DAVID J. BATHRAS, SR., *et al.*, | * | |
| *Plaintiffs*, | * | |
| v. | * | No. 1:26-cv-02074-JRR |
| WES MOORE, ET AL., | * | |
| *Defendants*. | * | |

* * * * * * * * * * * *

**DECLARATION OF LIEUTENANT COLONEL MATT CORELL**

I, Lieutenant Colonel Matt Corell, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am over the age of 18 and have personal knowledge of all the facts stated herein, including knowledge based on my experience and information provided to me. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am a sworn member of the Baltimore City Police Department ("BPD"), where I have served since 1997. On July 27, 2025, I was promoted to my current rank of Lieutenant Colonel. I have approximately 30 years of law-enforcement experience and have served as a patrol officer, patrol supervisor, academy instructor, academy commander, district commander, and executive commander. I have substantial experience with firearms through both my military and law-enforcement service, including experience with the operation and characteristics of certain semiautomatic pistols. I served in the United States Marine Corps Reserve from 2006 to 2025, ultimately attaining the rank of Gunnery Sergeant. During my military service I was an Infantry Unit Leader and completed two combat deployments in support of Operation Iraqi Freedom. From 2005 to 2009, I served as an instructor at the BPD's Police Academy, including responsibility for

firearms training. I am currently one of the BPD's three Deputy Chiefs of Patrol. In this executive command role, I oversee all patrol operations in three of the BPD's nine patrol districts. Through this experience, I have developed substantial knowledge regarding firearms, their operation, and their use by law-enforcement personnel.

3. I am aware that Maryland Senate Bill 334 generally prohibits the sale of pistols that have a cruciform trigger bar and that can be readily converted into an automatic machinegun.

4. Semiautomatic pistols that have been converted into machineguns present a clear danger to public safety. Converted pistols can fire up to 1,200 rounds per minute. Once the trigger is depressed, and if held down on a converted pistol, the pistol will continue to fire until the shooter releases the trigger, the pistol malfunctions, or the pistol runs out of ammunition.

5. For certain pistols incorporating a cruciform trigger bar, modification to incorporate a switch that allows those pistols to fire in a machinegun-like, automatic mode is simple, requiring no specialized skills or tools. The backplate at the rear of those pistols can be easily removed, allowing such a switch to be easily attached to the rear of the pistol. Installation of such a switch on these firearms can be accomplished in a matter of minutes by hand or by using common household tools.

6. While previously switches were often imported from overseas, 3D printing has enabled individuals to produce switches locally, making them much more widely available.

7. The continuous recoil caused by automatic fire in these modified pistols makes it extremely difficult to fire them with accuracy. The rapid rate of fire and its inherent inaccuracy effectively increases the size of the area through which bullets may pass, and thus the corresponding number of potential victims who may be struck. As a result, modified pistols pose a higher risk to injure or kill innocent bystanders.

8. Converted pistols also create an increased risk for fatal shootings. While one pull of the trigger on a semiautomatic pistol results in only one bullet being fired, one pull of the trigger on a converted pistol can result in several bullets being fired near instantaneously, making it more likely for victims to sustain multiple gunshot wounds.

9. Pistols in general are designed to be small and concealable. Machinegun converted pistols effectively take advantage of those features, resulting in an automatic weapon that is small enough to be easily concealed from law enforcement and the public at large.

10. Baltimore City has seen a substantial influx of semiautomatic pistols that have been illegally converted to machineguns in recent years. For example, there was a 65% increase in the number of such pistols recovered by the Baltimore Police Department from 2023 to 2024.

11. Converted pistols have been used in the commission of multiple violent shootings in Baltimore, including a mass-shooting incident and multiple homicides.

12. In October 2023, an illegally converted pistol was used in the commission of a mass-shooting incident at Morgan State University in Baltimore. Five individuals sustained non-fatal gunshot wounds. The firearm used by a suspect had been modified into an automatic weapon. The shooting resulted in shattered windows in a student residence hall, demonstrating the heightened potential lethality and indiscriminate danger posed by these illegally modified weapons and the significant potential for additional injuries or loss of life.

13. I am also aware of multiple incidents of homicides committed in Baltimore with pistols that had been converted into machineguns. In one such incident, the 19-year old victim suffered multiple gunshot wounds, and was tragically declared deceased shortly after officers' arrival at the scene of the shooting. In another incident, the victim was shot thirteen times and was

unable to be saved by doctors at Sinai Hospital. These instances demonstrate the danger and lethality of machinegun-convertible pistols.

14. The Baltimore Police Department has also identified the use of converted pistols by drug trafficking organizations as a significant and ongoing public safety threat in Baltimore.

15. In April 2025, for example, the Baltimore Police Department worked with the Drug Enforcement Administration to dismantle a major drug trafficking organization in Baltimore. In the course of the investigation, nine handguns were seized, including three pistols with cruciform trigger bars that had been illegally converted into automatic machineguns. Absent this coordinated enforcement action, these weapons posed a substantial risk of causing a mass-shooting incident within seconds.

16. It is my understanding that, when the Baltimore Police Department recovers pistols that have been converted into machineguns, it also often recovers extended-capacity magazines alongside those converted weapons. In one incident, for example, police officers recovered a pistol that had been converted to a machinegun along with one extended-capacity magazine.

DATED this 20th day of August, 2026, in Baltimore City, Maryland.

Lieutenant Colonel Matt Corell
Deputy Chief of Patrol, Area 3
Baltimore Police Department