**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

FRANCIS M. DUFFY, Ph.D *et al.*,

*Plaintiffs*,

WESTLEY MOORE, in his official capacity as Governor of Maryland, *et al.*,

*Defendants.*

Case No. 1:26-cv-2647

**DECLARATION OF GINO A. MONICA IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

I, Gino A. Monica, declare as follows:

1. I am over eighteen years of age and competent to make this declaration. I have personal knowledge of the matters stated herein, except where I expressly identify information that I reviewed. If called as a witness, I could and would competently testify to the matters set forth below.
2. I own and operate Centurion Partners Group.
3. Centurion Partners Group is a federally licensed firearms manufacturer and a Special Occupational Taxpayer authorized under federal law to manufacture, possess, and work with firearms regulated under the National Firearms Act.
4. I am an NRA Certified Firearms Instructor, an NRA Certified Law Enforcement Firearms Instructor, and an NRA Certified Private Security Firearms Instructor.
5. I am also licensed by the State of Florida as a Class "K" Firearms Instructor. As a Class "K": Instructor, I certify individuals seeking to do their yearly

shooting qualification course so as to maintain their armed security license, as well as PI license holders.

6. I hold Florida Class "D" unarmed-security and Class "G" armed-security licenses. I also hold a Florida Class "A" license in the private-investigation field.

7. I have successfully completed Glock's armorer course. That course included instruction concerning the design, operation, inspection, maintenance, diagnosis, repair, and safe functioning of Glock pistols and their component parts.

8. I have trained more than one thousand individuals in the defensive use of handguns.

9. My students have included private citizens, armed-security personnel, investigators, law enforcement officers, and other persons who carry handguns for lawful defensive or professional purposes.

10. I have manufactured, built, assembled, inspected, serviced, repaired, or modified hundreds of firearms that use cruciform trigger bars, including Glock pistols and other pistols based upon the Glock operating system.

11. Through this work, I have acquired extensive practical familiarity with the frames, slides, slide-cover plates or backplates, trigger bars, cruciform sears, trigger-mechanism housings, connectors, firing pins, firing-pin safeties, and other internal components of Glock and Glock-pattern pistols.

12. More than ninety percent of the individuals who have attended my handgun-training courses have arrived with a pistol that uses a cruciform trigger bar.

13. More than ninety percent of the handguns that I have serviced or sold have likewise used a cruciform trigger bar.

14. I am the author of Pistol As Your Primary: A Complete Training Manual for Carrying and Fighting with the Pistol, ISBN 979-8-9931249-2-6.

15. Pistol As Your Primary is a comprehensive training manual addressing the carrying and defensive use of handguns.

16. I am also familiar with devices commonly referred to as Glock switches, auto-sears, pistol converters, or machinegun conversion devices.

17. In my lawful work as a federal firearms licensee and Special Occupational Taxpayer, I have personally installed and tested several machinegun conversion devices in firearms that use cruciform trigger bars.

18. My statements in this declaration are based upon my Glock armorer training; my firearms-instructor training and experience; my work as a federally licensed firearms manufacturer and Special Occupational Taxpayer; my manufacture, assembly, inspection, servicing, repair, and modification of hundreds of firearms using cruciform trigger bars; and my training of more than one thousand handgun users.

**<u>The Glock Cruciform Trigger Bar and Firing System</u>**

19. Factory-stock Glock pistols use a trigger bar with a cross-shaped rear portion commonly referred to as the “cruciform.”

20. The cruciform portion of the trigger bar serves as the pistol's primary sear.

21. The cruciform engages the firing-pin lug and holds the firing pin against forward movement until the trigger bar moves through its intended arc of travel.

22. As the trigger is pressed, the trigger bar moves rearward. That movement completes the cocking of the partially energized firing pin while the cruciform remains engaged with the firing-pin lug.

23. Near the end of the trigger's designed travel, the interaction between the trigger bar and connector causes the rear portion of the trigger bar, including the cruciform, to move downward.

24. When the cruciform moves downward sufficiently, it releases the firing-pin lug. The firing pin can then move forward and strike the cartridge primer.

25. The cruciform trigger bar is therefore an integral component of the pistol's ordinary semiautomatic firing system.

26. The cruciform is not a device added to facilitate automatic fire, and its presence does not indicate that a pistol is designed or manufactured as a machine gun.

27. The cruciform trigger bar also operates as part of Glock's SAFE ACTION® system.

28. Among other things, the cruciform's engagement with the firing-pin lug prevents the firing pin from moving forward unless the trigger bar travels through its designed sequence.

29. The trigger bar interacts with a specially designed surface or safety ramp within the rear trigger-mechanism housing. That interaction controls the vertical movement of the cruciform and the point at which the firing pin is released.

30. The trigger bar and cruciform are also part of the pistol's drop-safety system.

31. In a properly functioning factory-stock Glock pistol, the cruciform remains engaged with the firing-pin lug unless the trigger is deliberately pressed through its designed range of movement.

32. Consequently, the firing pin cannot ordinarily move forward and strike a cartridge merely because a loaded pistol is dropped or receives an impact.

33. The cruciform's principal functions are ordinary semiautomatic firing control, retention and controlled release of the firing pin, and prevention of unintended discharge.

34. All factory-stock Glock pistol generations with which I am familiar use a cruciform trigger bar.

**Other Pistols Using Cruciform Trigger Bars**

35. Glock is not the only manufacturer whose pistols use a cruciform trigger bar or a substantially similar operating system.

36. Other manufacturers that produce factory-stock pistols using cruciform trigger bars include Palmetto State Armory, ZEV Technologies, Shadow Systems, Lone Wolf Arms, and Sturm, 37 & Co.

37. Pistols using those operating systems are commonly and informally referred to as “Glock-pattern pistols” or “Glock clones” because they incorporate features of the Glock operating system, including the cruciform trigger bar.

38. I have personally examined and dismantled an example of each of the “Glock clones” identified in the preceding paragraphs.

39. In my professional experience, pistols using cruciform trigger bars are among the most common semiautomatic handguns possessed and used by private citizens, firearms instructors, armed-security personnel, investigators, law-enforcement personnel, and other lawful users.

**Machinegun Conversion Devices**

40. A device commonly referred to as a Glock switch, auto-sear, pistol converter, or machinegun conversion device is not a component of an ordinary factory-stock Glock pistol.

41. Glock does not manufacture or install such devices in the ordinary factory-stock semiautomatic pistols it sells to the public.

42. In ordinary factory-stock operation, a Glock pistol is a semiautomatic handgun designed to fire one cartridge for each function of the trigger.

43. In every instance in which I lawfully installed a machinegun conversion device in a firearm using a cruciform trigger bar, some modification, fitting, adjustment, or replacement of the firearm’s frame or another component was necessary before the device would function properly.

44. None of the conversion devices I installed was a simple "plug-and-play" component. In no instance could I merely remove the factory backplate, substitute the conversion device, reassemble the pistol, and obtain proper automatic operation without additional gunsmithing work.

45. Before the separate conversion device was installed and the necessary modifications were performed, each firearm was an ordinary semiautomatic handgun designed to fire one round for each function of the trigger.

46. My experience confirms that the cruciform trigger bar is an ordinary component of a semiautomatic firing and safety system. Its presence does not make a factory-stock pistol a machine gun or mean that the pistol was designed or manufactured for automatic fire.

**Prevalence and Ordinary Lawful Use**

47. In my professional experience, Glock pistols and other pistols using cruciform trigger bars are ordinary semiautomatic handguns that are widely possessed and used for lawful purposes.

48. More than ninety percent of the individuals I have trained have arrived with pistols using cruciform trigger bars.

49. Those students have used such pistols for lawful purposes, including defensive-handgun training, concealed-carry training, armed-security training, marksmanship, home defense, and personal protection.

50. The students I train include beginners as well as experienced firearm owners.

51. Glock and Glock-pattern pistols are especially common among handgun students because they are widely available, generally reliable, comparatively simple to operate, and supported by a large market for replacement parts, magazines, holsters, and training equipment.

52. I assist students with mechanical failures of their firearms, should they occur, and will attempt to repair the firearm during the class, or lend them a replacement.

53. In the overwhelming majority of instances where a student's firearm experiences a mechanical failure, the firearm was a self-loading pistol other than a Glock or "Glock Clone" using a cruciform trigger bar.

54. More than ninety percent of the handguns that I have serviced or sold have also used cruciform trigger bars.

55. I have built hundreds of firearms using cruciform trigger bars for lawful semiautomatic operation.

56. My experience is inconsistent with any suggestion that a cruciform trigger bar is an unusual component or a component principally associated with machine guns.

57. To the contrary, it is a routine firing-control and safety component found in a very large number of ordinary semiautomatic handguns.

58. As an NRA Certified Law Enforcement Firearms Instructor, NRA Certified Private Security Firearms Instructor, Florida Class "K" Firearms Instructor, armed-security licensee, private-investigation professional, and author of a

comprehensive defensive-handgun training manual, I am professionally familiar with the types of handguns commonly carried and used in those fields.

59. Glock pistols are commonly selected for professional and defensive use because of their reliability, durability, consistent operation, ease of maintenance, availability of parts and magazines, and established training infrastructure.

60. When I certify civilian armed security officers as a Class K instructor, nearly all of them bring their service weapon to the certification, which in more than 90% of instances is a Glock. The same is true of my training of civilian law enforcement officers.

61. My experience with more than one thousand trainees, hundreds of cruciform-trigger-bar firearm builds, and hundreds of firearm sales and service transactions further demonstrates that pistols using cruciform trigger bars are overwhelmingly encountered and used as ordinary semiautomatic handguns for lawful purposes.

62. I make this declaration in support of Plaintiffs' motion for a preliminary injunction.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 10, 2026, in West Palm Beach, Florida.

GINO A. MONICA