**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| DAVID J. BATHRAS, *et al.*,<br>*Plaintiffs*, | * | |
| | * | |
| v. | * | Civil Action Nos. RDB-26-2074;<br>RDB-26-2647 |
| WESTLEY MOORE, *in his official capacity as Governor of Maryland*, *et al.*, | * | |
| *Defendants.* | * | |

* * * * * * * * * * * * *

**ORDER**

For the reasons set forth on the record at the hearing of September 25, 2026, and as set forth in the accompanying Memorandum Opinion, it is this 5th day of October, 2026 HEREBY ORDERED that:

1. Plaintiffs' Motions for Preliminary Injunction (ECF Nos. 21, 29) are DENIED;
2. The Clerk of Court shall transmit copies of this Order and accompanying Memorandum Opinion to counsel.

/s/
Richard D. Bennett
United States Senior District Judge