**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**Chambers of Richard D. Bennett**
**United States District Judge**
**Northern Division**

**Chambers 5D**
**101 W. Lombard Street**
**Baltimore, MD 21201**
**Tel: 410-962-3190**

October 16, 2026

RE: *Bathras v. Moore et al.*, RDB-26-2074; RDB-26-2647

TO COUNSEL OF RECORD:

This Letter Order confirms this Court's off-the-record telephone conference held yesterday in the above-captioned case. During that conference, the Court inquired about the status of the case following the Court's October 5, 2026, order denying Plaintiffs' motions for preliminary injunction. (ECF Nos. 42, 43). The Parties advised that they have been in communication regarding discovery, dispositive motions, and required disclosures as the case moves forward. The Parties therefore agreed to submit a joint proposed scheduling order for the Court's review by Thursday, October 22, 2026.

Although informal in format, this Letter nonetheless constitutes an Order of this Court, and the Clerk is directed to docket it as such.

Sincerely,

/s/
Richard D. Bennett
United States Senior District Judge