**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| DAVID J. BATHRAS, SR., *et al.*,<br>*Plaintiffs*,<br><br>v.<br><br>WES MOORE, ET AL.,<br>*Defendants*. | * * * * * | No. 1:26-cv-02074-RDB |

* * * * * * * * * * * *

| | | |
|---|---|---|
| FRANCIS M. DUFFY, Ph.D *et al.*,<br>*Plaintiffs*,<br><br>v.<br><br>WESTLEY MOORE, *et al.*,<br>*Defendants*. | * * * * * | No. 1:26-cv-02647-RDB |

* * * * * * * * * * * *

**JOINT MOTION FOR ENTRY OF SCHEDULING ORDER**

Plaintiffs and Defendants, in the above-captioned consolidated matter, hereby move, by their respective counsel, for entry of scheduling order and, in support thereof, state as follows:

1. Plaintiffs in the *Duffy* lawsuit filed a motion for preliminary injunction on July 13, 2026.

2. Plaintiffs in the *Bathras* lawsuit filed a motion for preliminary injunction on July 20, 2026.

3. The Court held a hearing on Plaintiffs' motions for preliminary injunction on September 25, 2026.

4. The Court issued an order denying Plaintiffs' motions for preliminary injunction on October 5, 2026.

5. On October 16, 2026, the Court issued an order setting a deadline for the parties to submit a joint scheduling order by October 22, 2026.

6. Plaintiffs and Defendants have conferred and agreed upon the following proposed deadlines:

| | |
|---|---|
| October 30, 2026: | All Parties' Rule 26(a)(1) Disclosures |
| November 6, 2026: | Plaintiffs' Rule 26(a)(2) Disclosures |
| November 20, 2026: | Defendants' Rule 26(a)(2) Disclosures |
| December 4, 2026: | Plaintiffs' Rebuttal Rule 26(a)(2) Disclosures |
| December 18, 2026: | All Parties' Rule 26(e)(2) Supplemental Disclosures and Responses |
| January 5, 2027: | Discovery Deadline (including issuance of Requests for Admissions) |
| January 15, 2027: | Plaintiffs' Consolidated Motion for Summary Judgment |
| February 12, 2027: | Defendants' Consolidated Motion for Summary Judgment and Opposition to Plaintiffs' Consolidated Motion for Summary Judgment |
| March 5, 2027: | Plaintiffs' Consolidated Opposition to Defendants' Consolidated Motion for Summary Judgment and Reply in Support of Plaintiffs' Consolidated Motion for Summary Judgment |
| March 26, 2027: | Defendants' Reply in Support of Defendants' Consolidated Motion for Summary Judgment |
| April/May 2027: | Hearing on Motions for Summary Judgment (if desired by the Court) |

7. The parties believe this schedule is appropriate under the circumstances to allow for a prompt resolution of this matter while leaving room for the parties to participate in limited discovery.

WHEREFORE, for the reasons stated herein, Plaintiffs and Defendants respectfully request that the Court enter a scheduling order consisting of schedule stated in this motion and any such other and further relief as this Court deems just and proper.

**[Signature Page Follows]**

Dated: October 22, 2026

Respectfully submitted,

/s/ Nicole J. Moss
Nicole J. Moss, Bar No. 20222
*Attorney of Record*
David H. Thompson*
Peter A. Patterson*
William V. Bergstrom*
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601
mmoss@cooperkirk.com

*Admitted pro hac vice

*Attorneys for Bathras Plaintiffs*

/s/ Mark W. Pennak
Mark W. Pennak
MARYLAND SHALL ISSUE, INC.
9613 Harford Rd, Ste C #1015
Baltimore, MD 21234
mpennak@marylandshallissue.org
Phone: (301) 873-3671
District Court Bar # 21033

*Counsel for Duffy Plaintiffs*

ANTHONY G. BROWN
Attorney General of Maryland

/s/ Joshua R. Chazen
JOSHUA R. CHAZEN
Federal Bar No. 06837
MICHAEL DREZNER
Federal Bar No. 31784
SARA FABER
Federal Bar No. 21893
Assistant Attorneys General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
jchazen@oag.maryland.gov
mdrezner@oag.maryland.gov
sfaber@oag.maryland.gov
(410) 576-7058 / 6959 / 7833
(410) 576-6955 (facsimile)

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 22, 2026, a copy of the foregoing was served on all counsel of record via this Court's electronic filing service.

/s/ Joshua R. Chazen
JOSHUA R. CHAZEN