**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| DAVID J. BATHRAS, SR., *et al.*, | * | |
| *Plaintiffs*, | * | |
| v. | * | No. 1:26-cv-02074-RDB |
| WESTLEY MOORE, *et al.*, | * | |
| *Defendants*. | * | |

* * * * * * * * * * * *

**ORDER**

UPON CONSIDERATION of the Joint Motion for Entry of Scheduling Order (the "Motion"), it is this ____ day of October, 2026, hereby:

ORDERED that the Motion is granted; and it is further

ORDERED that deadlines in this case shall be as follows:

| | |
|---|---|
| October 30, 2026: | All Parties' Rule 26(a)(1) Disclosures |
| November 6, 2026: | Plaintiffs' Rule 26(a)(2) Disclosures |
| November 20, 2026: | Defendants' Rule 26(a)(2) Disclosures |
| December 4, 2026: | Plaintiffs' Rebuttal Rule 26(a)(2) Disclosures |
| December 18, 2026: | All Parties' Rule 26(e)(2) Supplemental Disclosures and Responses |
| January 5, 2027: | Discovery Deadline (including issuance of Requests for Admissions) |
| January 15, 2027: | Plaintiffs' Consolidated Motion for Summary Judgment |

| | |
|---|---|
| February 12, 2027: | Defendants' Consolidated Motion for Summary Judgment and Opposition to Plaintiffs' Consolidated Motion for Summary Judgment |
| March 5, 2027: | Plaintiffs' Consolidated Opposition to Defendants' Consolidated Motion for Summary Judgment and Reply in Support of Plaintiffs' Consolidated Motion for Summary Judgment |
| March 26, 2027: | Defendants' Reply in Support of Defendants' Consolidated Motion for Summary Judgment |
| April/May 2027: | Hearing on Motions for Summary Judgment (if desired by the Court) |

______________________________

The Honorable Richard D. Bennett,
United States Senior District Judge